**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAMIE E. FEIMSTER,                    )<br>                                                         )<br>                       Plaintiff,        )<br>      v.                                            )<br>                                                         )<br>CAROLYN WRIGHT,                      )<br>                                                         )<br>                       Defendant.    )<br>_____)  | Case No.: 10-CV-03330-LHK<br><br>NOTICE TO PLAINTIFF'S COUNSEL<br>RE ECF REGISTRATION AND CASE<br>MANAGEMENT CONFERENCE |

On December 10, 2010, the Clerk's Office issued a Notice to counsel in this matter that, because the case has been designated for electronic filing, all counsel must register as ECF users. It appears that counsel for Plaintiff has not yet registered as an ECF user. Therefore, counsel may be unaware that the Court previously set a Case Management Conference for January 12, 2011 at 2:00 p.m. in Courtroom 4, 5th Floor, U.S. District Courthouse, San Jose.

As stated in the Clerk's notice of December 10, 2010, counsel for Plaintiff is ordered to register for ECF so that notices in this case can be sent to counsel electronically. Forms and instructions for registering can be found at ecf.cand.uscourts.gov.

Dated: December 14, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02337-LHK
NOTICE TO PLAINTIFF'S COUNSEL