**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAMIE E. FEIMSTER, | Case No.: 10-CV-03330-LHK |
| Plaintiff, | |
| v. | NOTICE TO COUNSEL REGARDING DATE OF CASE MANAGEMENT CONFERENCE |
| CAROLYN WRIGHT, | |
| Defendant. | |

The Court previously set a Case Management Conference for January 19, 2011 at 2:00 p.m. in Courtroom 4, 5th Floor, U.S. District Courthouse, San Jose. The parties must file a Joint Case Management Statement in accordance with this Court's Standing Orders and the Civil Local Rules by January 12, 2011. The notice issued on December 14, 2011, which referenced a Case Management Conference set for January 12, 2011, was in error.

Dated: January 4, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-03330-LHK
NOTICE REGARDING DATE OF CASE MANAGEMENT CONFERENCE