**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAMIE E. FEIMSTER, ) | Case No.: 10-CV-03330-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER DENYING CONTINUANCE OF |
| ) | INITIAL CASE MANAGEMENT |
| CAROLYN WRIGHT, ) | CONFERENCE |
| ) | |
| Defendant. ) | |
| ) | |

This matter was originally filed in the Monterey County Superior Court on April 2, 2010, and was removed to this Court on July 29, 2010. On September 22, 2010, the parties submitted a joint stipulation asking that the Initial Case Management Conference, set for October 19, 2010, be continued for at least six weeks to allow the appointment of an Independent Administrator in an "underlying state probate matter."[1] The Court re-set the Initial Case Management Conference for January 19, 2011. On January 11, 2011, the parties submitted another stipulated request to continue the Case Management Conference, again because the Independent Administrator had not yet been appointed in the state court probate matter. The parties request that the Initial Case Management Conference be further continued until after May 19, 2011.

---

[1] The October 19, 2010 date had already been vacated pursuant to the Reassignment Order (*See* Dkt. No. 6).

1

1   This request is denied. The parties must submit a Joint Case Management Statement in
2   accordance with all applicable Rules by January 14, 2011, and the Case Management Conference
3   will go forward as scheduled on January 19, 2011.

4   **IT IS SO ORDERED.**

5   Dated: January 13, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No.: 10-CV-03330-LHK
ORDER DENYING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE