UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMIE E. FEIMSTER, etc., <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN WRIGHT, et al., <br><br> Defendants. <br><br> AND RELATED ACTION. | Case No.: 5:10-cv-03330-LHK <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

## STIPULATION

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: **Private Mediation (ADR L.R. 3-4(b))**.

The parties agree to hold the ADR session by July 22, 2011.

11608/0721/908421.2          STIPULATION RE ADR
         Case No.: 5:10-cv-03330-LHK

**IT IS SO STIPULATED**

DATED: April 15, 2011                    ESPINOZA LAW FIRM

                                                            By:   /s/ *Thomas J. Espinoza*
                                                                      THOMAS J. ESPINOZA

Attorney for Plaintiff
HERBERT FLYNN, as Administrator of the
Estate of Patsy Robinson

DATED: April 15, 2011                    SEVERSON & WERSON
                                                            A Professional Corporation


                                                           By:   /s/ *Andrew S. Elliott*
                                                                       ANDREW S. ELLIOTT

Attorneys for Defendant
BANK OF AMERICA, N.A.

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Court Private Mediation.   Mediation must be complete July 22, 2011.

**IT IS SO ORDERED.**

Dated: April 18, 2011

                                                                    Hon. Lucy H. Koh