UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMIE E. FEIMSTER, etc.,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN WRIGHT, et al.,<br><br>Defendants.<br><br>AND RELATED ACTION. | Case No.: 5:10-cv-03330-EJD (PSGx)<br><br>[PROPOSED] ORDER GRANTING PARTIES' STIPULATION REGARDING DISMISSAL OF PLAINTIFF'S ENTIRE COMPLAINT AGAINST CAROLYN WRIGHT AND IRENE WRIGHT AND TO CERTAIN CLAIMS FOR RELIEF BY PLAINTIFF AGAINST BANK OF AMERICA, N.A. |

Having read the Stipulation Regarding Dismissal of Plaintiff's Entire Complaint Against Carolyn Wright and Irene Wright and to Certain Claims for Relief by Plaintiff Against Bank of America, N.A., and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is approved. The Complaint filed by Plaintiff is dismissed in its entirety without prejudice as against Carolyn Wright and Irene Wright. Plaintiff's claims for relief for conversion (second claim for relief), money had and received (third claim for relief) and violation of statutory obligations (fifth claim for relief) are dismissed with prejudice as against BofA. The sole remaining claim for relief by Plaintiff against BofA is for breach of contract.

**IT IS SO ORDERED.**

Dated: June 8, 2011

Hon. Edward J. Davila
United States District Court Judge

11608/0721/927864.1

ORDER
Case No.: 5:10-cv-03330-EJD (PSGx)